IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01879-BNB

GUILLERMO ORTIZ,

    Applicant,

v.

DEBORAH DENHAM,

    Respondent.

## ORDER DISMISSING CASE

    Applicant, Guillermo Ortiz, is a prisoner in the custody of the Federal Bureau of Prisons. The instant action was commenced when Mr. Ortiz submitted to the Court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) challenging the computation of his prison sentence. Although the application did not include a case number, it now appears that Mr. Ortiz submitted the application to the Court in response to an order to cure deficiencies in another habeas corpus case. *See Ortiz v. Denham*, No. 14-cv-01663-BNB (D. Colo. filed June 13, 2014). The clerk of the Court will be directed to file in civil action number 14-cv-01663-BNB a copy of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) that was filed in this action on July 7, 2014. The instant action will be dismissed without prejudice so that Mr. Ortiz may pursue his claims in civil action number 14-cv-01663-BNB. Accordingly, it is

ORDERED that the clerk of the Court file in civil action number 14-cv-01663-BNB a copy of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) that was filed in this action on July 7, 2014.  It is

FURTHER ORDERED that the instant action is dismissed without prejudice.

DATED at Denver, Colorado, this  1st  day of    August         , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court